# United States Court of Appeals
## For the First Circuit

---

No. 03-1352

LIN QIN,

Petitioner,

v.

JOHN ASHCROFT, Attorney General,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on March 15, 2004 is amended as follows:

On page 19, footnote 7, line 5-6, "an abortion" should be replaced with "sterilization"